NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1404
(Serial No. 10/259,203)

IN RE RAVI VAIDYANATHAN

Appeal from the United States Patent and Trademark Office,
Board of Patent Appeals and Interferences.

ON MOTION

O R D E R

Ravi Vaidyanathan submits a statement concerning oral argument that the court

treats as a motion to waive oral argument.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is deferred for consideration by the merits panel assigned to decide

this case. A copy of the motion and this order shall be transmitted to the merits panel.

FOR THE COURT

AUG 2 6 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Brian M. Kolkowski, Esq.
      Raymond T. Chen, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 6 2009

JAN HORBALY
CLERK